UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KIMBERLY D. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-202-TAV-CCS |
| | ) | |
| SUN LIFE AND HEALTH | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Court **OVERRULES** plaintiff's objection to the R&R [Doc. 32]. The Court **ACCEPTS IN WHOLE** the R&R [Doc. 31], and incorporates it into its ruling. Defendant's Motion for Summary Judgment on the ERISA Record [Doc. 17] is hereby **GRANTED**, and plaintiff's Motion for Judgment on Administrative Record [Doc. 19] is **DENIED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT